THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Gerald Lee
 Spires, Appellant.
 
 
 

Appeal From Lexington County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2011-UP-338   
 Submitted June 1, 2011  Filed June 28,
2011

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda
 Carter, of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM: Gerald Lee Spires appeals his conviction for criminal
 domestic violence of a high and aggravated nature, arguing the trial court
 erred in denying Spires's motion for a new trial because his prosecution was
 frivolous and vexatious.  After a thorough
 review of the record, counsel's brief, and Spires's pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.